UNITED STATES DISTRICT COURT
FOR DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JONATHAN HELLER, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHIRINJEEV KATHURIA, ELIZABETH )<br>NG, OCEAN BIOMEDICAL, INC. )<br>and POSEIDON BIO, LLC, )<br>)<br>Defendants. )<br>) | Case No. 1:23-CV-00212 MSM-PAS |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and by joint stipulation of the undersigned Parties, Jonathan Heller, Ph.D. ("Dr. Heller") and Defendant Ocean Biomedical, Inc. ("Defendant Ocean"), Chirinjeev Kathuria ("Defendant Kathuria"), and Elizabeth Ng ("Defendant Ng," collectively, the "Defendants") hereby agree and stipulate that the above matter shall be and hereby is dismissed, with prejudice, without costs, and with all rights of appeal waived. Each party shall bear its own costs and attorneys' fees.

*(remainder of page left intentionally blank)*

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff | Defendants, |
| **JONATHAN HELLER** | **OCEAN BIOMEDICAL, INC. CHIRINJEEV KATHURIA ELIZABETH NG** |
| By his Attorneys, | By their Attorneys: |

*/s/ Thomas J. Pagliarini*_____
Brendan J. Lowd (#9085)
BJLowd@mintz.com
Geri L. Haight
(admitted pro hac vice)
GLHaight@mintz.com
Thomas J. Pagliarini (#9330)
TJPagliarini@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

 */s/ Nicholas Matlach*_____
Nicholas Matlach (#10663)
123 N. Main Street, Suite 302-303
Providence, RI 02903
(401) 300-4439
nick@ioLiberum.com

*/s/ Alan M. Pollack*_____
Alan M. Pollack
(pro hac vice pending for admission)
apollack@wbny.com
575 Lexington Avenue
New York, New York 10022
(212) 984-7700

Dated: October 10, 2025                                             Dated: October 10, 2025

## **CERTIFICATE OF SERVICE**

      I, Thomas J. Pagliarini, certify that on October 10, 2025, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                  */s/ Thomas J. Pagliarini*
                                                  Thomas J. Pagliarini